JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO JARA, | Case No. CV 11-6277-JVS (OP) |
| Petitioner, | JUDGMENT |
| v. | |
| BRENDA CASH, Warden, | |
| Respondent. | |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 18, 2012

HONORABLE JAMES V. SELNA
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge